IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM CHRISTOPHER CLEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13cv247-TMH |
| | ) | [wo] |
| JAY JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 3, 2013, the Magistrate Judge issued a Recommendation (Doc. 25) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. Plaintiff's *Motion for Preliminary Injunction* is **DENIED**.

2. This case is referred back to the Magistrate Judge for additional proceedings.

Done this 20th day of August, 2013.

    /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE