IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAM CHRISTOPHER CLEMENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAY JONES, *et. al.*, )<br>)<br>Defendants. ) | CASE NO.  3:13-cv-247-TMH<br>[wo] |

**OPINION and ORDER**

On October 7, 2013, the Magistrate Judge filed a Recommendation that this case be dismissed without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.  (Doc. 41).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice.  A Judgment in favor of the Defendant shall be forthcoming.

DONE this 1st day of November, 2013.

　　　　　　　　　　　　　　　　　　/s/  Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE